MARK R. MOLINE, OSB #813193
Senior Deputy City Attorney
mmoline@ci.portland.or.us
MARY T. DANFORD, OSB #78174
Senior Deputy City Attorney
mdanford@ci.portland.or.us
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Of Attorneys for Defendant City of Portland

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| LINDA LORRAINE WICKERHAM,<br><br>PLAINTIFF,<br><br>v.<br><br>CITY OF PORTLAND, PORTLAND POLICE BUREAU and MATTHEW KOHNKE, individually and in his official capacity,<br><br>DEFENDANTS. | 07-cv-1587 HU<br><br>STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a)(16)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendants hereby stipulate as follows:

1. For the reason that plaintiff's Complaint has been fully compromised and released, plaintiff hereby dismisses her Complaint in the above-captioned matter.

/////

/////

Page 1 – STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE

2. All parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

**IT IS SO STIPULATED:**

_____
BARRY W. ENGLE, OSB # 960598
Attorney for Plaintiff

Dated: 7/2, 2008

_____
MARK R. MOLINE, OSB #813193
Of Attorneys for Defendant
City of Portland
Dated: 7/8, 2008

_____
ROBERT S. WAGNER, OSB # 844115
Of Attorneys for Defendant
Matthew Kohnke
Dated: 7/8, 2008

Page 2 –   STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE